

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2015

No. 04-15-00249-CV

**IN THE INTEREST OF M.A.H.T., J.H.T., J.R.T.H., J.I.T.V., B.Z.T.V.,** Minor Children,

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVL-002007-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

The trial court signed a final judgment on March 16, 2015. Because appellant did not file any motion to extend this deadline, the notice of appeal was due to be filed on April 6, 2015. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on April 21, 2015. *See* TEX. R. APP. P. 26.3. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal in the trial court beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C). In this case, appellant's notice of appeal, filed in the trial court on April 23, 2015, was not filed within the fifteen-day grace period.

It is therefore ORDERED that appellant file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner and cause showing the notice of appeal was otherwise timely. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All deadlines in this matter are suspended until further order of this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court